NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE CHAMBERLAIN GROUP, INC.,**
*Appellant*

**v.**

**ONE WORLD TECHNOLOGIES, INC., DBA TECHTRONIC INDUSTRIES POWER EQUIPMENT,**
*Appellee*

---

2019-1314, 2019-1315

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-01132, IPR2017-01137.

---

**JUDGMENT**

---

KATHERINE VIDAL, Winston & Strawn LLP, Menlo Park, CA, argued for appellant. Also represented by BETHANY MIHALIK, Fish & Richardson, Washington, DC; ROBERT P. COURTNEY, JOHN A. DRAGSETH, Minneapolis, MN; BENJAMIN ELACQUA, BRIAN GREGORY STRAND, Houston, TX.

WILLIAM R. PETERSON, Morgan, Lewis & Bockius LLP, Houston, TX, argued for appellee. Also represented by

JASON C. WHITE, Chicago, IL; DION MICHAEL BREGMAN, WALTER SCOTT TESTER, Palo Alto, CA; JULIE S. GOLDEMBERG, Philadelphia, PA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>March 9, 2020</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |